# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| Krystal Ladd, <br><br> Plaintiff, <br><br> v. <br><br> Conn Appliances, Inc., <br><br> Defendant. | Civil Action No.: 5:15-cv-00008-C |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 30, 2015

Respectfully submitted,

By: */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  */s/ Jenny DeFrancisco*

                                                Jenny DeFrancisco, Esq.